## AUGUSTA NAIDECH ET AL., RESPONDENTS, v. U. C. C. OF NEW JERSEY, APPELLANT.

Submitted February 15, 1946—Decided April 25, 1946.

For the respondents, *William Harris.*

For the appellant, *Charles A. Malloy* (*Herman D. Ringle,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 12.

*For reversal*—None.